# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>Respondent<br><br>v.<br><br>PRESTON PIAZZA,<br><br>Petitioner | No. 253 MAL 2015<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.